## DISCIPLINARY DOCKET

**94–2701.** Disciplinary Counsel v. Pagac. On June 28, 1995, this court ordered that respondent be permanently disbarred. On July 28, 1995, respondent filed a "Motion to Strike From Files or in the Alternative Motion for Trial De Novo." Respondent's motion is, in substance, a motion for reconsideration of this court's decision of June 28, 1995, and, as such, is untimely pursuant to S.Ct.Prac.R. XI(1)(A). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that respondent's motion be, and hereby is, stricken, effective August 1, 1995.

## MISCELLANEOUS DISMISSALS

**95–403.** State ex rel. Haukedahl v. Bates. *Lucas County,* No. L–93–353. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective August 9, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–1236.** Specht v. BP Am., Inc. *Cuyahoga County,* No. 68476. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective August 10, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.